# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

Jeffrey Burgess
    Plaintiff
    -V-
Chief Steven Hogue
Officer Gerald R. Jean
Officer Ricky A. Trosper
City Of Tampa
    Defendants

*8: 07CV 1613-Tob TBM*

Case No._____
Civil

Jury Trial Demanded

*07 SEP 10 PH 3:55*    *FILED*

## Complaint for Violation of Liberty
*Accompanied by Affidavit And police Report*

    This Action Is Brought Pursuant To 42 USC Section 1983, Section 1985 and section 1986 the Fourth and Fourteenth Amendments to the United State Constitution ,jurisdiction is founded upon 28 USC Sections 1331 and 1343 sections(3) and (4) and the aforesaid statutory and Constitutional Provisions.

## Cause Of Action
## False Imprisonment,Harassment,
## Verbal Abuse,conspiracy,Brutality

    Comes now the plaintiff Jeffrey Burgess Prose Informa Pauperis alleging;
1. Plaintiff Jeffrey Burgess is a citizen of the United States of America and a resident of The city of Tampa, County of Hillsborough, State of Florida.
2 .Defendants, Chief Steven Hogue,Officers Gerald R. Jean, Ricky A. Trosper,are employees of the city of Tampa, a municipal corporation and government Subdivision of the state of Florida.
3 .This action arises under the United States Constitution, particularly under the provisions Of the Fourth and Fourteenth amendments to the Constitution of the United States, and Under federal law, particularly the Civil Rights Act title 42 of the United States code, Sections 1983,1985 and 1986.
4.This court has jurisdiction of this cause under title 28 United States code, Section 1343.
5. Each of the acts of defendants in their individual capacity alleged in this complaint was done by defendants under Color of and pretense of Statutes, ordinances, regulations, customs and usages of the city of Tampa, State of Florida under the authority of the offices of the police department of such city and state.

I.F.P .

6. On Sunday March 20, 2005 at 1:00 pm upon leaving his resident at 6408 Nebraska ave.#6 defendant police officers (White males) made assault with force of arms upon plaintiff's person then searched him which search revealed nothing incriminating or dangerous. Plaintiff was then forced to his knees, verbally abused, brutlalized, cuffed and falsely imprisoned for the space of about one hour.

7.Defendants had knowledge that plaintiff was not armed robbery suspect prior to Assault because of arrest of plaintiff September,2003 which was also false at same residence.Plaintif's room #6 cannot be confused with room #1.

8.This was done in public view and in the presence of people at the scene without probable cause or any lawful cause whatsoever contrary to the laws of the state and against his will.

9.Plaintiff suffers from physical and mental disabilities. Limited range of motion right knee and Post Traumatic Stress Disorder which defendants knew of and were further aggravated by additional trauma, humiliation ,mental anguish ,and inconvience from his Imprisonment.

10. Said assault upon plaintiff by defendants was wickedly, wantonly, willfully and maliciously done.

11.The aggravation with respect to plaintiff's condition was a direct of his imprisonment and by reason of the injuries resulting from plaintiff's imprisonment which was unlawful. Plaintiff believes he will be required to incur necessary and reasonable medical expenses in the Future by reason of such injury as necessary.

12.The conduct of defendants deprived plaintiff of the following rights, privileges and Immunities secured him by the Constitution of the United States;

(A)The right to be secure in his person and effects from unreasonable search and seizure Under the Fourth and Fourteenth Amendments to the Constitution of the United States.

(B)The right of plaintiff not to be deprived of Life,Lliberty or property without due process of Law and the right to equal protection of the laws, secured by the Fourteenth Amendment To the Constitution of the United States.

Wherefor plaintiff prays for judgement against defendants for damages And for other such further relief as the court deems just and proper.

Respectfully Submitted, Jeffrey Burgess

6408 Nebraska Ave.#6
Tampa, FL.33604
813-237-4584
Date August 11, 2007

## TAMPA PD
## STREET CHECK/FIELD INTERVIEW
## HARDCOPY

SC 05 - 8798

### General Information

Interview date : **Mar-20-2005 (Sun.) 1300**
Location : **6 - 6408 NEBRASKA AV N**
    Municipality : **Tampa**
    District : **2**  Zone : **D4**  Grid : **51**

External information : **Created from VDX Notebook**
Checked by **43057 - JEAN, GERALD R**  Org Unit : **SAC**
Partner : **42422 - TROSPER, RICKY A.**
Reason for check : **SUSPICIOUS ACTIVITY**
Type of Street check : **Suspicious Person**

### Related Event(s)

### Related Person(s)

Case Specific : SUBJECT - 01  BURGESS, JEFFREY HUGH
  **BLACK MALE**
  Ethnicity : **Cuban**
  Born on **Apr-28-1962**
  Residing at **6408 NEBRASKA AV N , TAMPA , Florida 33610-**
  **Phone Numbers**
  Home : **(813)237-4585**  Home : **(813)000-0000**
  Business **: (813)000-0000**

    S.S.N. ▮▮▮▮▮▮▮ Born in **Florida**
    Occupation : **PANHANDLER**
    Employed by **DISABLED**
    Driver's license : **B622428621480 Florida**
    **Single Speaks English**
    **America, United Stat Citizen**
    Disability : **Mental Disability/Senile**
    **6'04 in height,  Weighing 190 lbs**
    **DARK** complexion, **Medium** build
    Hair color : **BLACK**
    Hair style : **Short Length,Afro Small**
    Eye color : **BROWN**
    **Right Handed**
    Additional remarks :
        **GOLD TOOTH**
  Reference Master Name Index
    BURGESS, JEFFREY HUGH
    **BLACK MALE**
    Ethnicity : **Non-Hispanic**
    Born on **Apr-28-1962**
    Aliases  : **BURGESS, JEFFREY**
        : **BURGESS, JEFFREY HUGH**
        : **BURGESS, JAY NMN**
        : **BURGESS, JEFF**
        : **BURGESS, JEFFEREY HUGH**
        : **BURGESS, JEFFREY HUGH**

| | |
|---|---|
| | **TAMPA PD**<br>**STREET CHECK/FIELD INTERVIEW**<br>**HARDCOPY** |
| **SC 05 - 8798** | |

## Related text page(s)

Document: **CASE SUMMARY**
   Author: **43057 - JEAN, GERALD R**
Related date/time: **Mar-20-2005 2129**

AFFIANTS RESPONDED TO THE LISTED LOCATION IN REFERENCE TO LOCATING A
SUSPECTED ARMED ROBBERY SUSPECT THAT WAS STAYING INSIDE THE LOMA LINDA
MOTEL ROOM#1. AFFIANTS TOOK POSITION IN THE REAR OF THE MOTEL TO COVER A
POSSIBLE EXIT POINT FOR THE SUSPECT. WHILE COVERING, THE LISTED SUBJECT
CAME OUT OF A REAR DOOR WHICH APPEARED TO BE FROM ROOM#1 WHERE THE
SUSPECTED ROBBERY SUSPECT WAS STAYING. AFFIANTS OBSERVED HIM STANDING IN AN
OPENING JUST OUTSIDE THE DOOR AND IMMEDIATELY POINTED OUR FIREARMS AT THE
SUBJECT ORDERING HIM TO SHOW HIS HANDS AND TO GET ONTO THE GROUND. THE
SUBJECT COMPLIED AND HE WAS SUBSEQUENTLY HANDCUFFED AND PLACED INTO A
MARKED UNIT UNTIL HE WAS IDENTIFIED. AFFIANTS SUBSEQUENTLY LEARNED HIS
IDENTITY AND DETERMINED HE WAS NOT THE ARMED ROBBERY SUSPECT IN QUESTION
AND HE WAS RELEASED WITHOUT INCIDENT.

## OTHER RELATED DETAILS

## Use of Force Details

Use of Force Information
   Date occurred : **Mar-20-2005 (Sun.)**
   Time occurred : **1300**
   Location : **6408 NEBRASKA AVE N**
   Nature of contact : **Attempt to Control**
   Reason : **Necessary to Defend Reporting Officer**
   Subjects present : **1**
   Subject's conduct : **Compliance**
   Subject's resistance : **Presence**
   Level of force or control used:
      **Handcuffs, Firearm Fired at Suspect**

Effects of Force Used
   On subject : **No Visible Injury**

Officers Involved
   Reporting officer : **JEAN, GERALD R**
   Date reported : **Mar-20-2005 (Sun.)**

**\*\* END OF HARDCOPY \*\***