### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

JEFFREY BURGESS,

    Plaintiff,

v.                                CASE NO: 8:07-cv-1613-T-26TBM

STEVEN HOGUE, et al.,

    Defendants.
_____/

### O R D E R

Upon due consideration of the well-pleaded allegations of Plaintiff's complaint, it is ordered and adjudged that Defendant City of Tampa's and Defendant Steven Hogue's Motion to Dismiss (Dkt. 14) is granted. The Court agrees that Plaintiff has failed to allege any policy or custom of the City of Tampa that was the moving force for the alleged constitutional violation as required by Monell v. Department of Social Services, 436 U.S. 658, 98 S.Ct. 2018, 56 L.Ed.2d 611 (1978). The Court also agrees that Plaintiff has failed to allege any facts supporting the contention that Defendant Hogue violated his constitutional rights. Plaintiff shall have 10 days from the date of this order within which to file an amended complaint curing the deficiencies noted. His failure to do so will result in the dismissal of Defendant City of Tampa and Defendant Steven Hogue from this case with prejudice. Defendants shall respond to any amended complaint within 10 days of service.

**DONE AND ORDERED** at Tampa, Florida, on October 24, 2007.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record