UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY BURGESS,

    Plaintiff,

v.                                                      CASE NO: 8:07-cv-1613-T-26TBM

STEVEN HOGUE, GERALD JEAN,
RICKY TROSPER, and CITY OF TAMPA,

    Defendants.
_____/

**O R D E R**

    Before the Court is the motion to dismiss filed by Defendants Jean and Trosper in which they contend Plaintiff's civil rights complaint brought against them in their individual capacities as police officers fails to state a claim upon which relief may be granted. They contend that they are entitled to qualified immunity with regard to Plaintiff's Fourteenth Amendment claim because he has failed to demonstrate a violation of the rights guaranteed by that amendment. Defendants also argue that they are entitled to qualified immunity with respect to Plaintiff's Fourth Amendment claim in that he has failed to establish that he was subjected to an unreasonable search and seizure.

    Although Plaintiff is proceeding *pro se* thus entitling him to a liberal construction of his complaint, nevertheless, he is still required to comply with the heightened pleading requirement imposed on a plaintiff who brings a § 1983 complaint against officials acting

in their individual capacities.  See <u>Washington v. Bauer</u>, 149 Fed.Appx 867, 870 (11th Cir. 2005).  In this case, Plaintiff has wholly failed to comply with that requirement.  Consequently, Defendants' motion to dismiss is due to be granted but with leave of Plaintiff to file an amended complaint.

Accordingly, it is ordered and adjudged as follows:

1) Defendants' Motion to Dismiss (Dkt. 17) is granted.

2) Plaintiff's complaint is dismissed without prejudice.

3) Plaintiff shall file an amended complaint on or before November 19, 2007, failing which the case against Defendants Jean and Trosper will be dismissed with prejudice.

4) Defendants shall respond to the amended complaint within 10 days of service.

**DONE AND ORDERED** at Tampa, Florida, on November 9, 2007.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record